DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

FILED
MAY 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY BROWN, a/k/a "ANT MAN,"<br>DESHAWNTE GAMBOA,<br>JOSE DELGADILLO, a/k/a "TEPA,"<br>LORENZO LEE, a/k/a "O.G.,"<br>MARCO DELGADILLO, a/k/a "TONIO,"<br>EVAN MARTINEZ-DIAZ,<br>JEFFREY MCCOY,<br>TIMOTHY PEOPLES, and<br>LUIS ANGEL TORRES-GARCIA, a/k/a "GUERO,"<br><br>    Defendants. | CASE NOS.<br>3-19-70652 MAG ✓<br>3-19-70647 MAG<br>3-19-70655 MAG<br>3-19-70654 MAG<br>3-19-70645 MAG<br>3-19-70650 MAG<br>3-19-70649 MAG<br>3-19-70662 MAG<br>3-19-70657 MAG<br><br>UNITED STATES' CONSOLIDATED APPLICATION AND [PROPOSED] ORDER TO UNSEAL COMPLAINTS AND RELATED DOCUMENTS |

The United States, through undersigned counsel, respectfully moves this Court to unseal the complaints and all related documents, including but not limited to any affidavit filed in support of the complaints and any arrest warrants, in the above-captioned matters. The Drug Enforcement Administration has effected arrests in this investigation and believes all those involved in any criminal

UNSEALING APP. AND [PROPOSED] ORDER      1

1 | activity are aware of the investigation, and therefore, it is no longer necessary for the documents to be
2 | sealed.
3 | DATED:                                                          Respectfully submitted,
4 |                                                                  DAVID L. ANDERSON
5 |                                                                  United States Attorney
6 |
7 |                                                                  */S/ RYAN REZAEI*
                                                                     RYAN REZAEI
8 |                                                                  Assistant United States Attorney

UNSEALING APP. AND [PROPOSED] ORDER          2

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the complaints and all related documents, including but not limited to any affidavit filed in support of the complaints and any arrest warrants, in the above-captioned matters be sealed.

IT IS SO ORDERED.

DATED: 5-14-19

_____
HONORABLE SALLIE KIM
United States Magistrate Judge